KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
Joseph C. Corneau
200 West 41st Street, 17th Floor
New York, NY 10036
Tel. (212) 972-3000
Fax. (212) 972-2245

*Attorneys for the Debtors and Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| TGHI, INC., et al., | Case No. 16-10300 (MEW) |
| Debtors[1]. | |

**DECLARATION CONCERNING DISBURSEMENTS
OF DEBTORS FOR APRIL 2016**

      I, Christopher Layden, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

      1.      I am the President of TGHI, Inc. and Parent THI, Inc. (together, the "Debtors") and I am duly authorized to act on their behalf in connection with the Debtors' chapter 11 cases. I submit this declaration of disbursement information in order to calculate the quarterly fee payment due by the Debtors in these cases (the "Quarterly Fee").

      2.      On February 16, 2016, the United States Bankruptcy Court for the Southern District of New York entered its Order Concerning (A) the Requirement for a Meeting of Creditors or Equity Security Holders, (B) the Appointment of a Statutory Committee, and (C) the Filing of Monthly Operating Reports (the "Financial Reporting Order") [Docket No. 16]. The

---

[1] The Debtors and the last four digits of their taxpayer identification numbers are as follows: Parent THI, Inc. (5521) and TGHI, Inc. (3814).

Financial Reporting Order authorizes the Debtors to file a sworn declaration setting forth the disbursements of each of the Debtors for each calendar month in lieu of periodic operating reports.

3. From April 1, 2016 through April 30, 2016, the Debtors made disbursements as follows:

    TGHI, Inc. (Case No. 16-10300(MEW)):    $0.00

    Parent THI, Inc. (Case No. 16-10301(MEW)):    $0.00

4. I declare under the penalties of perjury that the factual statements contained in this declaration are true and correct to the best of my knowledge.

Dated: Bedminster, New Jersey
      May 2, 2016

                                                                                */s/ Christopher Layden*
                                                                                Christopher Layden